# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA




| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAUL RAMIREZ (3),<br>Defendant. | CASE NO. 10CR4988-BEN<br><br>**JUDGMENT OF DISMISSAL** |





IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

TITLE 21 U.S.C. §841(a)(1) and 846; TITLE 21 U.S.C. §841(a)(1);

TITLE 18 U.S.C. §2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 25, 2011

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE